## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of** | **U.S. District Court** |

Case Number: 2:24-CV-55-SPC-NPM

BII2024000450

Plaintiff: **Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated**

vs.

Defendant: **Automatic Data Processing, Inc., and American Century Investments Services, Inc**

For:
Megan E. Shaw, Esq.
Parrish & Goodman, PLLC
13031 McGregor Blvd
Ste 8
Fort Myers, FL 33919

Received by Burke Process Service on the 19th day of January, 2024 at 10:45 am to be served on **AUTOMATIC DATA PROCESSING, INC. c/o r/a CT CORPORATION SYSTEM, 1200 S PINE ISLAND RD, PLANTATION, FL 33324**.

I, Sandra Quinones, do hereby affirm that on the **22nd day of January, 2024** at **2:50 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Designated agent, employed therein and authorized to accept service** for **AUTOMATIC DATA PROCESSING, INC. c/o r/a CT CORPORATION SYSTEM**, at the address of: **1200 S PINE ISLAND RD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: Caucasian, Height: 5'3", Weight: 140, Hair: Light Brown, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2). I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.

**Sandra Quinones**
SPS # 394

**Burke Process Service**
**10200 W. State Road 84**
**Suite 218**
**Davie, FL 33324**
**(954) 514-0116**

Our Job Serial Number: BII-2024000450

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k