# VERIFIED RETURN OF SERVICE

**State of Florida**  County of   U.S. District Court

Case Number: 2:24-CV-55-SPC-NPM

BII2024000451

Plaintiff: **Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated**

vs.

Defendant: **Automatic Data Processing, Inc., and American Century Investments Services, Inc**

For: Megan E. Shaw, Esq.
    Parrish & Goodman, PLLC

Received by Burke Process Service on the 19th day of January, 2024 at 10:45 am to be served on **AMERICAN CENTURY INVESTMENTS SERVICES INC, 430 W 7TH ST, KANSAS CITY, MO 64105** I, _Scott Brady_____, do hereby affirm that on the _22nd_ day of _January_, 20_24_ at _12_ : _45_ p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT, CIVIL COVER SHEET** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: By serving therein named individual at listed business address

( ) DESIGNATED SERVICE, : By serving _____, as _____, who stated that he/she was the designated person to accept service on the within named subject's behalf in their absence, and informed said person of the contents therein in compliance with state statutes.

( ) CORPORATE SERVICE REGISTERED AGENT: By serving _____ as Registered Agent

(X) CORPORATE SERVICE: By serving _Jaraine Slack_____ as _____Authorized Agent_____, as an agent/employee of the corporation or Registered Agent, as allowed by Florida Statutes and informed said person of the contents wherein.

( ) CORPORATE SERVED AT USUAL PLACE OF ABODE by leaving a copy with the date and hour endorsed thereon by me to _____, who is co-resident & is 15 years of age or older of Corporate officer, Registered Agent or Corporate Director: _____, as allowed by FL Statutes 48.081 (3) (b) and 48.031 (1) (a) and informed said person of the contents wherein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**_____
_____
_____
_____

Age _40_  Sex M[F]  Race __Black__  Height _6'0_  Weight _230_  Hair _Black_  Glasses Y (N)

## VERIFIED RETURN OF SERVICE For 2:24-CV-55-SPC-NPM

Under penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated are true and correct. I certify that I am over the age of 18, have no interest in the above action and am a Process Server, in good standing, in the judicial circuit in which the process was served.
NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

PROCESS SERVER # PPS24-0020
Appointed in accordance with State Statutes

**Burke Process Service**
**10200 W. State Road 84**
**Suite 218**
**Davie, FL 33324**
**(954) 514-0116**

Our Job Serial Number: 2024000451

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

Automatic Data Processing, Inc., and American Century Investments Services, Inc.,

*Defendant(s)*

Civil Action No. 2:24-cv-55-SPC-NPM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* American Century Investments Services, Inc.
430 West 7th Street
Kansas City, MO 64105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Parrish & Goomdan, PLLC
c/o Robert H. Goodman, Esq.
13031 McGregor Blvd, STE 8
Fort Myers, FL 33919

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*barbararothermel*

Date: January 18, 2024

*Signature of Clerk or Deputy Clerk*