UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE.: 2:24-cv-00055-SPC-NPM

Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

Automatic Data Processing, Inc., and American Century Investments Services, Inc.,

   Defendant.

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of William B. Federman of the law firm of Federman & Sherwood, 10205 N. Pennsylvania Ave., Oklahoma City, OK 73120, 405-235-1560, for purposes of appearance as co-counsel on behalf of Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit William B. Federman to receive electronic filings in this case, and in

support thereof states as follows:

    1.    William B. Federman is not admitted to practice in the Middle District of Florida and is a member in good standing of the Oklahoma Bar Association and United States District Court Western District of Oklahoma.

    2.    Movant, Robert H. Goodman, Esquire, of the law firm Parrish & Goodman, PLLC, 13031 McGregor Blvd., Ste 8, Fort Myers, FL 33919, 813-643-4529, is a member in goodstanding of The Florida Bar and the United States District Court for the Middle District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

    3.    In accordance with the local rules of this Court, William B. Federman has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

    4.    William B. Federman, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to William B. Federman at email address: wbf@federmanlaw.com.

    WHEREFORE, Robert H. Goodman, moves this Court to enter an Order William B. Federman, to appear before this Court on behalf of Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others

similarly situated, in the above-styled case only, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to William B. Federman.

Date: February 5, 2024            Respectfully submitted,

                        /s/ Robert H. Goodman

Robert H. Goodman

Florida Bar #1008059
rgoodman@parrishgoodman.com
Parrish & Goodman, PLLC
13031 McGregor Blvd., Ste 8
Fort Myers, FL 33919
813-643-4529

Attorneys for Plaintiffs and the Putative Class