**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE.: 2:24-CV-00055-SPC-NPM**

| | |
|---|---|
| Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>V.<br><br>Automatic Data Processing, Inc., and American Century Investments Services, Inc.,<br><br>    Defendant. | |

**<u>CERTIFICATION OF WILLIAM B. FEDERMAN</u>**

William B. Federman, hereby certifies that pursuant to Local Rule 2.01(c) (Practice in the Middle District):

(1) I am not a Florida resident and not a member in good standing with the Florida Bar;

(2) I am a member in good standing of the Oklahoma Bar Association and the United States District Court for the Western District of Oklahoma;

(3) I have not abused the privilege of special admission

1

by maintaining a regular practice of law in Florida;

(4) I have appeared in the following cases in federal district courts in Florida within the last 36 months:

    a. Abigail T. Bean, et al v. Mednax, Inc. matter( Case No. 0:21-cv-02994-RAR(SD Fla.) (), and

    b. Kevin Thompson, et al. v Paperlesspay Corporation matter( Case No. 3:20-cv-00864-BJD-JRK)(case dismissed before final pro hac application was ruled upon); and

Pursuant to Local Rule 2.01(c)(5) and (b)(1)(B)-(G) and (b)(2)(A)-(C):

(5) I am a member in good standing of the Oklahoma Bar Association, the New York Bar Association and the State Bar of Texas;

(6) I am familiar with 28 U.S.C. §1927;

(7) I will comply with the federal and local rules of this Court;

(8) I affirm the Oath of Admission contained on Form AO153;

(9) The required fee has been paid to the Court;

(10) I will register with the Middle District's CM/ECF system;

(11) I will pay the periodic fee set by administrative order; and

(12) I will comply with and remain familiar with the ethical requirements of The Florida Bar.

        /s/ William B. Federman        
        William B. Federman
        February 5, 2024