UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE.: 2:24-cv-00055-SPC-NPM

Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,

   Plaintiffs,

v.

Automatic Data Processing, Inc., and American Century Investments Services, Inc.,

   Defendant.

## CERTIFICATION OF WILLIAM B. FEDERMAN

William B. Federman, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida; (2) I am a member in good standing of Oklahoma Bar Association and United States District Court Western District of Oklahoma; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                                            William B. Federman