# **Exhibit A**

| Court Admitted | Date Admitted |
|---|---|
| State of Oklahoma | October 14, 1982 |
| State of Texas | November 2, 1995 |
| State of New York | September 22, 1988 |
| U.S.D.C. Western District of Oklahoma | December 1, 1982 |
| U.S.D.C. Eastern District of Oklahoma | February 1, 1996 |
| U.S.D.C. Northern District of Oklahoma | May 26, 1983 |
| U.S.D.C. Western District of Arkansas | January 23, 1998 |
| U.S.D.C. Eastern District of Arkansas | January 23, 1998 |
| U.S.D.C. Southern District of Texas | January 6, 1998 |
| U.S.D.C. Northern District of Texas | January 13, 1999 |
| U.S.D.C. Eastern District of Texas | July 30, 2022 |
| U.S.D.C. Western District of Texas | November 4, 2005 |
| U.S.D.C. District of Colorado | June 8, 2012 |
| U.S.D.C. District of Columbia | July 15, 1985 |
| U.S.D.C. Central District of Illinois | February 3, 2020 |
| U.S.D.C. Eastern District of Ohio | January 13, 2006 |
| U.S.D.C. Eastern District of New York | October 9, 2003 |
| U.S.D.C. Southern District of New York | October 2, 1990 |
| U.S.D.C. District of Nebraska | September 8, 2022 |
| U.S.D.C. Eastern District of Michigan | September 12, 2022 |

| | |
|---|---|
| U.S.D.C. Eastern District of Wisconsin | October 4, 2022 |
| U.S. Court of Appeals, Federal Circuit | September 8, 2022 |
| U.S. Court of Appeals, 1st Circuit | January 24, 2006 |
| U.S. Court of Appeals, 2nd Circuit | June 16, 2003 |
| U.S. Court of Appeals, 3rd Circuit | June 19, 2007 |
| U.S. Court of Appeals, 4th Circuit | October 10, 2003 |
| U.S. Court of Appeals, 5th Circuit | February 19, 2004 |
| U.S. Court of Appeals, 6th Circuit | May 28, 2009 |
| U.S. Court of Appeals, 7th Circuit | January 28, 2011 |
| U.S. Court of Appeals, 8th Circuit | April 28, 2008 |
| U.S. Court of Appeals, 9th Circuit | April 16, 2012 |
| U.S. Court of Appeals, 10th Circuit | November 8, 1983 |
| United States Supreme Court | May 16, 2005 |