# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA  )
                   )
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That WILLIAM B. FEDERMAN, OBA #2853, was admitted to the practice of law by the Supreme Court of Oklahoma on October 14, 1982 and is an active member in good standing of the Oklahoma Bar Association. This Oklahoma licensed attorney has never been subjected to disciplinary action; however, the following five (5) grievances have been filed against this attorney. (See Exhibit A)

Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 31st day of January, 2024 by Gina L. Hendryx.

NOTARY PUBLIC

My Commission Expires:
10/21/27

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org

# OKLAHOMA BAR ASSOCIATION

Office of the General Counsel

Certificate of Good Standing
William B. Federman
Page 2

## EXHIBIT A

| Comp. # | Received | Alleged Misconduct | Disposition |
|---|---|---|---|
| IC-23-442 | 06/15/23 | Neglect (Failure to Perform/Delay) | No Investigation Warranted |
| IC-16-949 | 11/14/16 | Misrepresentation/Fraud | No Investigation Warranted |
| IC-16-293 | 03/28/16 | Neglect (Failure to Perform/Delay) | No Investigation Warranted |
| DC-92-292 | 01/01/92 | Excessive Fees | Dismissed by PRC |
| DC-91-211 | 01/01/91 | Personal Behavior | Dismissed by PRC |

*IC = Informal Complaint*
*DC = Disciplinary Complaint*
*PRC = Professional Responsibility Commission*

www.okbar.org

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036
office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

