# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION
## CASE.: 2:24-cv-00055-SPC-NPM

| | |
|---|---|
| Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Automatic Data Processing, Inc., and American Century Investments Services, Inc., <br><br> Defendant. | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO <u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for William B. Federman, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Middle District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. William B. Federman, may appear and participate in this action as lead counsel on behalf of Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated, in the above-styled case only. The Clerk shall provide electronic notification of all electronic filings to William B. Federman, at wbf@federmanlaw.com.

DONE AND ORDERED in Chambers at \_, Florida, this day of \_\_\_\_.

_____
United States District Judge

Copies furnished to: All Counsel of Record