# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MEYERS DIVISION

Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,

      Plaintiffs,

   v.

Automatic Data Processing, Inc., and American Century Investments Services, Inc.,

      Defendants.

Case No. 2:24-cv-00055

## UNOPPOSED MOTION OF DEFENDANT AMERICAN CENTURY INVESTMENT SERVICES, INC. FOR ENTRY OF AN ORDER ESTABLISHING MARCH 4, 2024 AS THE DATE FOR ITS RESPONSE TO PLAINTIFFS' PUTATIVE CLASS ACTION COMPLAINT

Defendant American Century Investment Services, Inc.[1] ("American Century") respectfully submits this unopposed motion ("Unopposed Motion") requesting up to and including March 4, 2024, within which to respond to the putative Class Action Complaint [ECF No. 1] (the "Complaint") filed by Plaintiffs Dale Ylitalo and R4 Construction, LLC ("Plaintiffs"). Counsel for American Century has conferred with counsel for Plaintiffs, and Plaintiffs do not oppose this Motion.

In support of this Unopposed Motion, American Century states:

1. On January 16, 2024, Plaintiffs filed the Complaint in this action.

---

[1] The Complaint erroneously refers to American Century Investment Services, Inc. as "American Century Investments Services, Inc."

2. On January 25, 2024, Plaintiffs filed a "Verified Return of Service" indicating that process had been served on American Century via the delivery of a summons and a copy of the Complaint in this action to an individual identified as Jaraine Slack, located at 430 W. 7th St., Kansas City, Missouri, on January 22, 2024. *See* ECF No. 9. However, Jaraine Slack is not the registered agent of, or a representative or employee of, American Century, nor does American Century have a facility at the location identified in the Return of Service, and, as a consequence, no service of process on American Century has been effected. If service had been effected on American Century on January 22, 2024, American Century's time to respond to the Complaint would have been February 12, 2024.

3. On February 2, 2024, counsel for American Century conferred telephonically with counsel for Plaintiffs and explained the insufficiency of the January 22, 2024, attempt to serve process on American Century. Consistent with Rule 4 of the Federal Rules of Civil Procedure, counsel for American Century agreed to waive service of process, and in return counsel for Plaintiffs agreed that American Century should have 30 days within which to respond to the Complaint. The first business date following expiration of this 30 day period is March 4, 2024.

4. The relief requested in this Unopposed Motion will not prejudice any party, and will not delay the administration of justice in this matter. The Complaint is pleaded in 12 counts asserting claims purporting to arise under federal law, Florida law, and New Jersey law. Good cause thus exists for the requested March 4, 2024 response deadline, to enable American Century to prepare its response to the

Complaint, and this request is not made for the purposes of delay.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), American Century certifies that it conferred with counsel for Plaintiffs on February 2, 2024, and is authorized to represent that Plaintiffs do not oppose this request for entry of an Order affording American Century until March 4, 2024, to file its response to the Complaint, and that the parties agree on the resolution of this Unopposed Motion.

WHEREFORE, Defendant American Century respectfully requests entry of an Order affording it to and including March 4, 2024 to file its response to Plaintiffs' Class Action Complaint.

Dated: February 5, 2024                    Respectfully submitted,

By: */s/ Olivia Kelman*
Olivia Kelman
Florida Bar No. 0105286
olivia.kelman@klgates.com
Mallory Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida  33131-2399
Phone: 305-539-3300
Fax: 305-358-7095

*Attorneys for Defendant American Century Investment Services, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Olivia Kelman*
Olivia Kelman