UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DALE YLITALO, ET AL.,

    Plaintiffs,

v.                                  Case No. 2:24-00055

AUTOMATIC DATA PROCESSING, INC. ET AL.,

    Defendants.

_____

**DISCLOSURE STATEMENT PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant American Century Investment Services, Inc.,[1] makes the following disclosure(s).

1. Identify any parent corporation and any publicly held corporation owning 10% or more of the party's stock or state there is no such corporation:

   American Century Investment Services, Inc. is wholly owned by its parent company, American Century Companies, Inc., which is a private corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

   Not applicable.

---

[1] The Complaint erroneously refers to American Century Investment Services, Inc. as "American Century Investmnets Services, Inc."

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    - American Century Companies, Inc., which is the parent company of American Century Investment Services, Inc.
    - Stowers Institute for Medical Research, Stowers Resource Management, Inc., and Stowers Policy Institute Inc., all of which are nonprofit organizations, with equity and voting interests, respectively, in American Century Companies, Inc.
    - Nomura AM Holdings USA, LLC, which owns a minority interest in American Century Companies, Inc. and is a wholly-owned subsidiary of Nomura Holding America, Inc., which is a wholly-owned subsidiary of Normura Holdings, Inc., which is a publicly-traded corporation.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    - Defendant Automatic Data Processing, Inc.
    - Normura Holdings, Inc.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None at this time.

6. Identify each person arguably eligible for restitution:

    None.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: February 5, 2024

Respectfully submitted,

By: */s/ Olivia Kelman*
Olivia Kelman
Florida Bar No. 0105286
olivia.kelman@klgates.com
Mallory Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida  33131-2399
Phone: 305-539-3300
Fax: 305-358-7095

*Attorneys for Defendant American Century Investment Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF.  Copies of the foregoing document will be served upon counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Olivia Kelman*
Olivia Kelman