IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

Automatic Data Processing, Inc., and American Century Investment Services, Inc.,

        Defendants.

Case No. 2:24-cv-00055

**MOTION FOR STEPHEN G. TOPETZES TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 2.01 of the United States District Court for the Middle District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Stephen G. Topetzes of the law firm of K&L Gates LLP, 1601 K Street, NW, Washington, DC 20006, phone number 202-778-9328 for purposes of appearance as co-counsel on behalf of Defendant, American Century Investment Services, Inc. ("American Century"), in the above-styled case only, and pursuant to Section B of the Administrative Procedures for Electronic Filing, to permit Stephen G. Topetzes to receive electronic filings in this case, and in support thereof states as follows:

1. Stephen G. Topetzes is not a resident of Florida, is not a member of the Florida Bar, and is not admitted to practice in the Middle District of Florida. He is a member in good standing of the Bar of the District of Columbia and the State Bar of Wisconsin. He is also a member in good standing of the bars of the U.S. Courts of Appeals for the D.C., Second, Fourth, Fifth, Federal, Eighth, and Ninth Circuits, the District Court for the District of Columbia, the District of Maryland, and the District of Nebraska.

2. In accordance with the local rules, Mr. Topetzes has made payment of this Court's admission fee.

3. Mr. Topetzes, by and through designated counsel and pursuant to section 2B Cm/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Stephen G. Topetzes, at email address: stephen.topetzes@klgates.com.

4. Mr. Topetzes has not appeared as counsel in a case in any state or federal court in the state of Florida within the last thirty-six months.

WHEREFORE, Olivia Kelman moves this Court to enter an Order admitting Stephen G. Topetzes to appear before this Court on behalf of Defendant American Century Investment Services, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Stephen G. Topetzes.

Dated:  February 6, 2024.	Respectfully submitted,

                                                  */s/ Olivia Kelman*
Olivia Kelman
Florida Bar No. 0105286
olivia.kelman@klgates.com
Mallory Cooney
Florida Bar No. 125659
mallory.cooney@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, Florida 33131
Telephone:  305.539.3300
Facsimile:  305.358.7095

*Attorneys for Defendant American Century Investment Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was filed via ECF this 6th day of February, 2024.

                                                 */s/ Olivia Kelman*
                                               Olivia Kelman