IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>Automatic Data Processing, Inc., and American Century Investment Services, Inc.,<br><br>   Defendants. | Case No. 2:24-cv-00055 |

## CERTIFICATION OF STEPHEN G. TOPETZES

I, Stephen G. Topetzes, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Middle District of Florida; and (2) I am a member in good standing of the Bar of District of Columbia and the State Bar of Wisconsin, the U.S. Courts of Appeals for the D.C., Second, Fourth, Fifth, Federal, Eighth, and Ninth Circuits, the District Court for the District of Columbia, the District of Maryland, and the District of Nebraska.

Dated: February __, 2024

                */s/ Stephen G. Topetzes*
                Stephen G. Topetzes