UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

Automatic Data Processing, Inc., and American Century Investments Services, Inc.,

    Defendants.

Case No. 2:24-cv-00055

## NOTICE REGARDING LOCAL RULE 2.01

Automatic Data Processing, Inc., by and through undersigned counsel, hereby files this Notice regarding non-compliance with Local Rule 2.01(c).

1. Plaintiffs commenced the instant case on January 16, 2024. DE 1. On January 19, 2024, the Court ordered William Federman, Esq. and Jessica Wilkes, Esq. to promptly seek special admission consistent with Local Rule 2.01(c). DE 6.

2. On February 5, 2024, William Federman, Esq. submitted his *pro hac vice* motion with supporting certifications. DE 10. The materials included a putative list of cases in which Mr. Federman appeared in state or federal court in Florida within the last 36 months. *See* DE 10-1.

3. The following matters and initial appearances in Florida federal courts

were **omitted** from counsel's certified filing:[1]

- *Holcombe et al v Independent Living Systems* – S.D. Fla. Case No.: 23-cv-21131; *pro hac* admission granted on 4/3/2023. DE 7.

- *Luttrell v. The Medical Imaging Partnership* – M.D. Fla. Case No.: 23-cv-00772; *pro hac* admission granted on 7/28/2023. DE 19.

- *Kaminowitz v. AssistRx, Inc. et al* – M.D. Fla. Case No.: 23-cv-1446; *pro hac* admission granted on 8/7/2023. DE10.

- *Zeroed-In Technologies* Litigation – M.D. Fla. Case No.: 23-cv-1164; *pro hac* admission granted on 12/22/2023.  DE 10.

4. The initial appearances in each of the matters listed above occurred during the 365-days immediately prior to the *pro hac* submission in this case. DE 10.

5. Prior to filing this Notice, undersigned counsel conferred with Mr. Federman by phone (voice mail) and email on April 3, 2024.  Counsel again conferred via email on April 8, 2024 and specifically identified the above-listed omissions. Undersigned counsel requested that Mr. Federman file a certification compliant with the Local Rules that "lists each case in state or federal court in Florida in which the lawyer has initially appeared in the last thirty-six months[.]"  *See* M.D. Fla. L.R. 2.01(c)(4). Ms. Wilkes, an attorney in Mr. Federman's office, advised that the issue would be reviewed and a supplemental filing made.  There has been no such submission as of the filing of this Notice.

6. Based on the above-listed matters, Mr. Federman has filed three or more

---

[1] Undersigned counsel is not aware whether Mr. Federman's submission also omits Florida state court matters and asked Mr. Federman to provide the Court with a supplement or other certification as described in paragraph 5 below.

motions for *pro hac* admission in this District over a 365-day period.  *Contra* DE 10-2.

Dated: April 12, 2024

    Respectfully submitted,

MCDONALD HOPKINS, LLC
*Attorneys for Defendant Automatic Data Processing, Inc.*

/s/ Alaina B. Karsten
Christopher B. Hopkins, Esq. (FBN 116122)
chopkins@mcdonaldhopkins.com
Craig S. Distel, Esq. (FBN 105098)
cdistel@mcdonaldhopkins.com
Alaina B. Karsten, Esq. (FBN 70644)
akarsten@mcdonaldhopkins.com
501 S. Flagler Drive, Suite 200
West Palm Beach, FL  33401
Tel: (561) 472-2121 / Fax: (561) 472-2122

- AND -

**VENABLE LLP**
Jonathan E. Perlman (FBN 773328)
jeperlman@venable.com
100 SE 2nd Street, Suite 4400
Miami, Florida 33131
Tel: (305) 349-2300 / Fax: (305) 349-2310

George Kostolampros
GKostolampros@Venable.com
600 Massachusetts Avenue NW
Washington DC  20001
Tel.: (202) 344-4426 / Fax: (202) 344-8300

Xochitl S. Strohbehn
Xochitl.Strohbehn@Venable.com
151 West 42nd Street, 49th Floor
New York, New York  10036
Tel.: (212) 307-5500 / Fax: (212) 307-5598

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of court using CM/ECF. Copies will be contemporaneously served upon all attorneys of record via the transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Alaina B. Karsten*