UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Automatic Data Processing, Inc., and American Century Investments Services, Inc.,<br><br>    Defendants. | CASE.: 2:24-CV-00055-SPC-NPM |

## MOTION TO WITHDRAW

William B. Federman hereby submits his Motion to Withdraw pursuant to the Middle District of Florida Local Rule ("Local Rule") 2.02. In support thereof, I state the following:

(1) On February 5, 2024, Mr. Robert Goodman filed my Motion to Appear Pro Hac Vice. DE 10.

(2) Attached to the Motion to Appear Pro Hac Vice was a Certification that disclosed two cases where I initially appeared in Florida federal district courts in the past 36 months. DE 10-1.

(3) Due to an error by my firm, the information provided to the Court was not up to date. We recently changed software systems and an

1

updated Florida case list was not properly saved. As a result, several cases were unintentionally left off the Certification.

(4) After receiving an email from opposing counsel on April 8, 2024, my firm became aware of a possible issue with my Certification. Upon receiving the email, we began looking into the issue and the underlying cause of the issue.

(5) On April 12, 2024, less than a week after my firm became aware of the issue, opposing counsel filed a Notice Regarding Local Rule 2.01. DE 53. The Notice contains inaccurate and misleading information regarding my Motion for Pro Hac Vice. For example, just a few short days after my Motion for Pro Hac Vice was granted in *Jacobson v. Zeroed-In Technologies, LLC, et al.*, (Case No. 2:23-cv-01164-SPC-KCD) (M.D. Fla), the case was transferred to the District of Maryland where it is being litigated.

(6) Nonetheless, we have addressed the technical issue with our system.

(7) Plaintiffs consent to my withdrawal as counsel in this matter. *See* Exhibit 1.

(8) My withdrawal will not cause the continuance of any trial or any unnecessary delay in this case.

(9)     Three other attorneys remain in this case to represent the Plaintiffs including Jessica A. Wilkes of Federman & Sherwood, Robert H. Goodman of Parrish and Goodman, PLLC, and Joseph Parrish of Parrish & Goodman, PLLC.

(10)    These attorneys are well equipped and knowledgeable to fairly and adequately represent Plaintiffs and the proposed class members.

Date:  April 16, 2024

                                                           */s/ William B. Federman*
                                                           William B. Federman*
                                                           **FEDERMAN & SHERWOOD**
                                                           10205 N. Pennsylvania Ave.
                                                           Oklahoma City, Oklahoma 73120
                                                           (405) 235-1560
                                                           (405) 239-2112 (facsimile)
                                                           wbf@federmanlaw.com
                                                           *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

                                                           */s/ William B. Federman*