UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Automatic Data Processing, Inc., and American Century Investments Services, Inc.,<br><br>    Defendants. | CASE.: 2:24-CV-00055-SPC-NPM |

**PLAINTIFFS' NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs Dale Ylitalo and R4 Construction, LLC, individually and on behalf of all others similarly situated, pursuant to Fed. R. Civ. P. 41 voluntarily dismiss this case without prejudice. Defendants have not yet filed answers or motions for summary judgment in this case. Fed. R. Civ. P. 41(a)(1). Nor has the Court certified the proposed class in this case. *Id.*; Fed. R. Civ. P. 23(e). Therefore, Plaintiffs may dismiss this action without a court order. Fed. R. Civ. P. 41(a)(1).

Date:  April 23, 2024

/s/ *Jessica A. Wilkes*

1

Jessica A. Wilkes*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
(405) 235-1560
(405) 239-2112 (facsimile)
jaw@federmanlaw.com
*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2024, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

/s/ Jessica A. Wilkes
